UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>COMMISSIONER OF PATENTS, )<br>U.S. PATENT AND TRADEMARK OFFICE )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 06-0416 (EGS) |

**DEFENDANT'S MOTION TO DISMISS**

Defendant, United States Patent and Trademark Office ("PTO"), through the undersigned counsel, respectfully moves for dismissal in this matter pursuant to Fed. R. Civ. P. 4(m).[1]

*Pro se* plaintiff is hereby advised that failure to respond to a dispositive motion may result in the district court granting the motion and dismissing the case. See Fox v. Strickland, 837 F.3d 507, 509 (D.C. Cir. 1988).

In support of this motion, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities and to the entire record in this case. A proposed Order consistent with the relief sought herein is attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[1] In light of the fact that the PTO has not been properly served, it submits this motion only for the limited purpose of requesting dismissal pursuant to Fed. R. Civ. P. 4(m). This motion should not be deemed a consent to jurisdiction nor should it be deemed to have waived any other defenses available to the PTO at a later date.

_/s/_

---
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COMMISSIONER OF PATENTS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0416 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS**

On or around September 5, 2006, Plaintiff filed a complaint with this Court seeking review of a decision by the United States Patent and Trademark Office ("PTO") excluding him from practice before the PTO. *Docket Entry 1*. There is no indication that Plaintiff has ever requested the issuance of a summons from this Court or filed a return of service affidavit. *See Court Docket*. On October 23, 2006, Plaintiff then filed a motion for summary judgment in this same matter. *Docket Entry 2*.

In late December, this office was contacted by the PTO regarding Plaintiff's motion for summary judgment. After investigating this matter, the United States Attorneys Office was unable to find any record that the Plaintiff's complaint had ever been served upon this office. *Attachment 1*.

On January 23, 2007, the undersigned Counsel sent a letter to the Plaintiff advising that his complaint had recently come to the attention of this office, however, our records did not show that we had ever been served with a copy of the summons and complaint, as required by Fed. R. Civ. P. 4(i)(2)(A). *Attachment 1*.

On or around February 23, 2007, the undersigned Counsel received a letter from the Plaintiff, dated January 27, 2007.[2] *Attachment 2.* In the letter, Plaintiff included a copy of his complaint. *Id.* The complaint included a certificate of service indicating that in "August , 2006," a copy of the complaint was sent to the United States Attorneys Office and other offices via regular mail. *Attachment 2.* It did not include a copy of a summons from the District Court. *Id.*

Pursuant to Fed. R. Civ. P. 4(m), if "service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified period of time..." Plaintiff's failure to comply with this rule merits dismissal in this case.

First, it is undisputed that Plaintiff filed his complaint on September 5, 2006, over six months ago. *Docket Entry 1.* Second, though Plaintiff avers that he sent a copy of the complaint to the United States Attorney and other parties, there is no indication that he has ever properly served any parties consistent with Fed. R. Civ. P. 4(i)(2)(A). Plaintiff has not apparently ever requested the issuance of a summons from this Court and as such, there is no indication that he has ever served the United States Attorney, the Attorney General, or any of the other necessary parties with a copy of the summons and complaint. Fed. R. Civ. P. 4(i)(2)(A). Moreover, even assuming that Plaintiff did send documents to the necessary parties, Plaintiff's own certificate of service (attached to his complaint) indicates that such matters were sent via regular mail, not via

---

[2]Due to some post-anthrax administrative procedures, mail to this office is sometimes delayed.

2

registered or certified mail as required. *Id.*

Plaintiff was advised of his failure to properly effect service in January, 2007, yet he has still failed to comply with the applicable rules of service. Given this notice and given the fact that Plaintiff, although *pro se*, is an attorney himself who is barred in two separate jurisdictions, *Docket Entry 1 at ¶1*, his failure to properly effect service is without good cause.

## Conclusion

For the foregoing reasons, the Plaintiff's complaint should be dismissed.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Defendant's Motion to Dismiss was sent via first class mail to the following:

George E. Kersey
P.O. Box 1073
Framingham, MA 01701

on this 20th day of March, 2007.

QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)