

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 23, 2007

**VIA FIRST CLASS MAIL**

George E. Kersey
P.O. Box 1073
Framingham, MA 01701

        RE: <u>Kersey v. Commissioner of Patents and Trademarks</u>, 06-0416 (EGS)

Dear Mr. Kersey:

      It has recently come to our attention that you have filed the above-captioned complaint in the United States District Court for the District of Columbia. Please be advised, however, that our records do not show that the United States Attorney's Office has ever been served with a copy of the summons and complaint, as required by Federal Rules of Civil Procedure 4(i)(2)(A).

      Please do not hesitate to contact me if you have any questions. Thank you for your attention to this matter.

                                        Sincerely,

                                        Quan K. Luong
                                        Special Assistant United States Attorney