George E. Kersey
P.O. Box 1073
Framingham, MA 01701

January 27, 2007

**VIA FIRST CLASS MAIL**

U.S. Department of Justice
Jeffrey A. Taylor
United States Attorney
District of Columbia
Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

Attention: Quan K. Luong
Special Assistant United States Attorney

RE: <u>Kersey v. Commissioner of Patents and Trademarks,</u> 06-0416 (EGS)

Dear Mr. Luong:

This is in response to your letter of January 23, 2007 stating that it has recently come to your attention that I have filed the above-captioned complaint in the United States District Court for the District of Columbia.

You state that your records do not show that the United States Attorney's Office has ever been served with a copy of the summons and complaint, as required by Federal Rules of Civil Procedure 4(i)(2)(A).

At the time I filed my complaint I served a copy on the following offices, as instructed by the clerk of the District Court:

1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Petition was sent as a Summons this day in the following manner to the addressees listed below:

/s/George E. Kersey

George E. Kersey

Dated: August, 2006

Copy by Regular Mail to:

U.S. Patent and Trademark Office,
Commissioner for Patents
P.O. Box 1430
Arlington, VA 22215

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kenneth L. Waintstein
United States Attorney
555 4th Street, NW
Washington, DC 20530

I have enclosed a copy of the document filed in the District Court, together with a copy of the document that I used to obtain the name and address of the U.S. Attorney

Please do not hesitate to contact me if you have any questions. Thank you for your attention to this matter.

Sincerely,

George E. Kersey
(603) 279-5155

I obtained Mr. Wainstein's name as follows:

U.S. ATTORNEY

**WELCOME FROM THE U.S. ATTORNEY KENNETH L. WAINSTEIN**

I am pleased to welcome you to the web site for the United States Attorney's Office for the District of Columbia. We enforce the criminal laws of the United States and the District of Columbia and, thus, serve as both the federal prosecutor and the local District Attorney here in Washington, D.C.



Correspondence to the Office may be sent to:

Last Updated on 07/12/2006

Kenneth L. Waintstein
**United States Attorney's Office**
**555 4th Street, NW**
**Washington, DC 20530**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY<br>Petitioner<br><br>v.<br><br>COMMISSIONER OF PATENTS<br>Respondent. | )<br>)<br>)<br>)   Proceeding D2004-05 Before The Under<br>)        Secretary Of Commerce<br>)<br>)<br>) |

**PETITION FOR REVIEW OF AN ORDER EXCLUDING GEORGE E. KERSEY, FROM PRACTIVE BEFORE THE UNITED STATES PATENT OFFICE**

Petitioner, GEORGE E. KERSEY ("KERSEY") hereby requests review on the record of the action dated August 3, 2006 and mailed August 4, 2006 of James A. Toupin, General Counsel ("Toupin") of the United States Patent Office, for the following reasons:

1. Kersey is in good standing as an Attorney at Law of New York and of New Jersey.

2. The action taken by Toupin is based, in part, on a wrongful disbarment of Kersey by New Hampshire on the grounds that Kersey had violated New Hampshire Rules 3.4 and 5.5, which he had not, as found by New Jersey in its reciprocal proceedings based on the wrongful New Hampshire disbarment.

3. The certificate of Service for Toupin's decision falsely states that the decision was sent by first class mail on August 3, 2006, when the postmark on the envelope containing the decision indicates that the document was mailed Aug 04 2006.



1

4. Kersey's prior appeal was not to Toupin, as General Counsel, but TO THE COMMISSIONER PURSUANT TO 37 CFR 10.155. There is a clear conflict of interest since the attorneys representing the Patent Office against Kersey work for the General Counsel

5. In any event, it was improper for the General Counsel to decide the case on Summary Judgment, since there are disputed issues of fact in this case:

(a) Kersey was falsely disbarred by New Hampshire on the grounds that he had violated New Hampshire Rules of Professional Conduct 3.4 and 5.5, when Kersey can prove, at the hearing that he is entitled to have under the Rules, that he violated neither Rule, (as found by the Supreme Court of New Jersey) so that his disbarment by New Hampshire cannot have merit and cannot be considered on reciprocal discipline by the Patent Office.

(b) The decision by the General Counsel incorrectly assumes that Kersey's appeal to the Federal Circuit (CAFC) in Proceeding No. 00-07 is no longer pending, contrary to fact, Kersey can demonstrate at the hearing to which he is entitled to have, that his case in the CAFC is still pending. Toupin's action has deprived KERSEY of the opportunity for a hearing which is specifically provided by the Regulations.

(c) In Proceeding No. 07 the final decision is that of November 14, 2001 since, as pointed out by Judge Nissen, in his communication of February 6, 2002, copy attached as Exhibit C, neither party filed an appeal within 30 days of the ALJ Decision, and that decision became final. As stated by the Court of Appeal for the Federal Circuit: "The time to file a notice of appeal is statutory, mandatory and jurisdictional. Monzo v. Dep't of TransD. Fed- Aviation Admin., 735 F.2d 1335, 1336 (Fed. Cir. 1984.)" The position of the CAFC is that when an "appeal was untimely filed, we must dismiss his appeal. Pinat v



<u>Office of Personnel Management</u>, 931 F.2d 1544, 1546 (Fed. Cir. 1991) (deadline for filing appeal or petition for review may not be waived)".

WHEREFORE this case should either be dismissed or be remanded to give KERSEY an opportunity to present his defenses at a hearing as provided by the Patent Office Regulations.

Respectfully submitted,
With the foregoing statements of fact by Kersey
made subject to the penalties for perjury

_____
George E. Kersey
P.O. Box 1073
Framingham, MA 01701
(781) 581-5103

Dated: August 19, 2006

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Petition was sent as a Summons this day in the following manner to the addressees listed below:

_____
George E. Kersey

Dated: August , 2006

Copy by Regular Mail to:

U.S. Patent and Trademark Office,
Commissioner for Patents
P.O. Box 1430
Arlington, VA 22215


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Kenneth L. Waintstein
United States Attorney
555 4th Street, NW
Washington, DC 20530



4