UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY,         )<br>                           )<br>    Plaintiff            )<br>                           )<br>v.                         )<br>                           )<br>COMMISSIONER OF PATENTS,   )<br>U.S. PATENT AND TRADEMARK OFFICE )<br>                           )<br>    Defendant.         )<br>_____) | Civil Action No. 06-0416 (EGS) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, the relevant law, and the entire record herein, it is this _____ day of _____, 2007

ORDERED that Defendant Motion to Dismiss is GRANTED, and it is further

Further ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE