AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>August 15, 2007 |
| NAME OF SERVER *(PRINT)* George Kersey | TITLE<br>Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

X  Other (specify):

    **Service made by**
    **Certified Mail**  _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     August 15, 2007     *[signature: Geo. E. Kersey]*

                 Date            *Signature of Server*

                  PO Box 1073
                  Framingham, MA 01701

                  Address of Server

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

George E. Kersey

v.

COMMISSIONER OF PATENTS

SUMMONS IN A CIVIL CASE

Misc No. **06-416(EGS)**

CASE NUMBER:

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George E. Kersey, P.O. Box 1073, Framingham, MA 01940

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    ~~JUL 23 2007~~

CLERK                                         DATE  8/8/2007

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE August 15, 2007 |
| NAME OF SERVER *(PRINT)* George Kersey | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):
**Service made by Certified Mail**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 15, 2007        *[signature]* George E. Kersey
                    Date                   *Signature of Server*

PO Box 1073
Framingham, MA 01701
*Address of Server*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

George E. Kersey

**SUMMONS IN A CIVIL CASE**

V.

**COMMISSIONER OF PATENTS**     Misc No. **06-416(EGS)**

CASE NUMBER:

TO: (Name and address of Defendant)

Commissioner of Patents
PO Box 1450
Arlington, VA 22313

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George E. Kersey, P.O. Box 1073, Framingham, MA 01940

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**            ~~JUL 23 2007~~
                                          8/8/2007

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE August 15, 2007 |
| NAME OF SERVER (PRINT) George Kersey | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):
**Service made by Certified Mail**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 15, 2007        *[signature]*
               Date                    Signature of Server

PO Box 1073
Framingham, MA 01701
Address of Server

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

George E. Kersey

V.

COMMISSIONER OF PATENTS

SUMMONS IN A CIVIL CASE

Misc No. 06-416(EGS)

CASE NUMBER:

TO: (Name and address of Defendant)

United States Attorney
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George E. Kersey, P.O. Box 1073, Framingham, MA 01940

an answer to the complaint which is served on you with this summons, within ~~20~~ 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

8/8/2007
~~JUL 23 2007~~

DATE