UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-0416 (EGS) |
| ) | |
| COMMISSIONER OF PATENTS, ) | |
| U.S. PATENT AND TRADEMARK OFFICE ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**ANSWER**

Defendant, Jon W. Dudas, the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), through his undersigned counsel, responds to the allegations in the Plaintiff's Petition for Review (the "Petition") as follows:[1]

<u>First Defense</u>

The challenged action was fully consistent with applicable law, supported by substantial record evidence, and in no respect arbitrary, capricious or an abuse of discretion.

<u>Specific Responses</u>

1. Defendant lacks sufficient knowledge or information to form a belief as to the truthfulness of the allegations in paragraph 1.

2. The allegations contained in paragraph 2 constitute conclusions of law, to which

---

[1] This case is brought under the Administrative Procedure Act (APA), 5 U.S.C. § 551 et seq., challenging a decision of the United States Patent and Trademark Office (PTO) to exclude Plaintiff from practicing before the PTO. The Office of the United States Attorney for the District of Columbia was served with the Summons and Complaint on August 20, 2007. According to LCvR 83.7, Defendant's answer is due within twenty (20) days of service of the complaint, or in other words, by September 10, 2007.

no answer is required; to the extent they may be deemed allegations of fact, they are denied.

3. Defendant admits that on August 3, 2006, the General Counsel of the USPTO, James Toupin, issued a Final Decision affirming the decision of the Administrative Law Judge assigned to this USPTO Office of Enrollment and Discipline ("OED") disciplinary action. Defendant lacks sufficient knowledge or information to form a belief as to what date is indicated on the postmark on the envelope in which the Final Decision was issued.

4. Defendant admits that Plaintiff filed an appeal, dated April 8, 2006, captioned "Appeal to the Commissioner Pursuant to 37 CFR §10.155," of an Order granting the USPTO Director's Motion for Summary Judgment. The allegations contained in the second sentence of paragraph 4 constitutes conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. The allegations contained in the first sentence of paragraph 5 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Furthermore, Defendant denies the allegation that the General Counsel of the USPTO decided Plaintiff's "case" on summary judgment.

(a) The allegations contained in Paragraph 5(a) constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

(b) The allegations contained in Paragraph 5(b) constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

(c) The allegations contained in Paragraph 5(c) constitute conclusions of law, to

which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

The remainder of the Petition is Plaintiff's prayer for relief to which no response is required. Defendant nonetheless denies that Plaintiff is entitled to the relief set forth, or to any relief whatsoever.

Defendant denies any remaining allegations not expressly and specifically admitted above. Defendant further denies that Plaintiff is entitled to the relief sought in the Petition or to any relief whatsoever.

Respectfully submitted,

\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

    I hereby certify that service of the foregoing Defendant's Answer was sent via first class mail to the following:

George E. Kersey
P.O. Box 1073
Framingham, MA 01940

George E. Kersey
P.O. Box 1073
Framingham, MA 01701

on this 4th day of September, 2007.

                                                    /s/
                                        QUAN K. LUONG
                                        Special Assistant United States Attorney
                                        555 Fourth Street, N.W., Room E-4417
                                        Washington, D.C. 20530
                                        (202) 514-9150 (telephone)
                                        (202) 514-8780 (facsimile)