UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GEORGE E. KERSEY, )
)
Plaintiff )
)
)
v. ) Civil Action No. *06-0416* (EGS)
)
COMMISSIONER OF PATENTS, )
U.S. PATENT AND TRADEMARK OFFICE )
)
Defendant. )
_____)

### PLAINTIFF'S MOTION TO EXTEND TIME FOR SUBMITTING CERTIFIED COPY

Plaintiff, George E. Kersey ("Kersey"), respectfully moves for an extension of time to file a Certified Copy of the entire file of Proceeding D2004-05 on the Court within 11 days of September 4, 2007, i.e. by September 15, 2007 pursuant to Local Rule 83.7 (LCvR 83.7).

Kersey and Special Assistant United States Attorney QUAN K. WONG obtained a Certified Copy from the Office of the General Counsel of the Patent Office, but Kersey has notified that Office that the Certified Copy contains errors, so that a corrected copy should be supplied. Kersey was hoping to received such a Copy but has not received one to date

Kersey therefore requests an extension of 30 days to seek and obtain a corrected Copy, and that if a corrected Copy is not available to Kersey by October 10th that Kersey be permitted to file the Copy that he received from the Office of the General Counsel of the Patent Office.

A proposed order is attached.

Respectfully submitted

/s/*George E. Kersey*          .
GEORGE E. KERSEY

CERTIFICATE OF SERVICE

I hereby certify that this document will be sent by first-class mail to the Office of the United States Attorney for the District of Columbia, Attention QUAN K. WONG Special Assistant United States Attorney, 555 Fourth Street, N W., Room E-4417, Washington, D.C. 20530

September 8, 2007

/s/ George E. Kersey

2/2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY,<br>        Plaintiff,<br>v.<br>COMMISSIONER OF PATENTS,<br>        Defendant. | Misc No. 06-416 (EGS) |

**ORDER**

This Court having considered the request of the Plaintiff, George E. Kersey ("Kersey") for an extension of time to file a Certified Copy of the entire file of Proceeding D2004-05 on the Court within 11 days of September 4, 2007, i.e. by September 15, 2007 pursuant to Local Rule 83.7 (LCvR 83.7).

Kersey and Special Assistant United States Attorney QUAN K. WONG having obtained a Certified Copy from the Office of the General Counsel of the Patent Office, but Kersey has notified that Office that the Certified Copy contains errors, so that a corrected copy should be supplied.

Accordingly, it is by the Court hereby **ORDERED** that Kersey is granted an extension of 30 days to seek and obtain a corrected Copy, and that if a corrected Copy is not available to Kersey by October 10th that Kersey shall be permitted to file the Copy that he received from the Office of the General Counsel of the Patent Office.

SO ORDERED.

**Signed:**
Emmet G. Sullivan
United States District Judge September     , 2007

1