**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GEORGE E. KERSEY, ) | |
| ) | |
| Petitioner/Plaintiff, ) | |
| ) | Misc No. 06-416 (EGS) |
| v. ) | |
| ) | |
| COMMISSIONER OF PATENTS, ) | |
| ) | |
| Respondent/Defendant. ) | |

**ORDER**

Upon consideration of petitioner/plaintiff's Motion to Extend Time for Submitting Certified Copy, it is hereby

**ORDERED** that petitioner/plaintiff's motion [Dkt. No. 11] is **GRANTED**; and it is

**FURTHER ORDERED** that petitioner/plaintiff shall file with this Court a certified copy of the record and proceedings before the Patent Office by no later than **October 10, 2007**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          September 14, 2007**

Notice to:

George E. Kersey
P.O. Box 1073
Framingham, MA 01701

Quan K. Luong
U.S. Attorney's Office
501 Third Street, NW
Washington, DC 20530