UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE E. KERSEY,                       )
                                        )
            Plaintiff                   )
                                        )
    v.                                  )        Civil Action No. 06-0416 (EGS)
                                        )
COMMISSIONER OF PATENTS,                )
U.S. PATENT AND TRADEMARK OFFICE        )
                                        )
            Defendant.                  )
————————————————————————————)

ORDER

Upon consideration of Defendant's Motion to Dismiss Count Two of Plaintiff's Amended

Complaint, the relevant law, and the entire record herein, it is this _____ day of

_____, 2007

ORDERED that Defendant's Motion to Dismiss Count Two of Plaintiff's Amended

Complaint is GRANTED, and it is,

Further ORDERED that this Plaintiff's Count Two is DISMISSED.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE