UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-mc-0416 (EGS) |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF PATENTS ) | |
| AND TRADEMARKS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Alan Burch and remove the appearance of Special Assistant United States Attorney

Quan K. Luong as counsel for Defendant in the above-captioned case.

_____/s/_____

ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Substitution of Counsel to be served upon *pro se* plaintiff by first class mail addressed to:

    George E. Kersey
    P.O. Box 1073
    Framingham, MA 01701

on this 28th day of September 2007.

                          _____
                          ALAN BURCH, D.C. Bar # 470655
                          Assistant United States Attorney
                          555 4th St., N.W.
                          Washington, D.C. 20530
                          (202) 514-7204
                          alan.burch@usdoj.gov