UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06mc0416 (EGS) |
| ) | |
| COMMISSIONER OF PATENTS, ) | |
| U.S. PATENT AND TRADEMARK OFFICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS
COUNT TWO OF PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Jon W. Dudas, the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), through his undersigned counsel, respectfully files this reply memorandum in support of his motion to dismiss count two of Plaintiff's Amended Petition and Complaint and Request for Jury Trial ("Amended Complaint"). *Pro se* Plaintiff's opposition is insubstantial.

First, he argues that it was improper for the Commissioner of Patents to seek dismissal of Count II because the Commissioner was not a named Defendant for Count II. Plf. Opp. at 1-2. This argument makes no material difference to the resolution of the arguments and defenses raised by Defendants for the simple reason the Defendants named in Count II joined the motion. Moreover, there is nothing improper about the Commissioner joining a motion to dismiss a claim brought against his employees, as is the case here.

Second, he claims that he is entitled to a jury trial, citing only "the Constitution of the United States." Plf. Opp. at 2. The constitutional guarantee of jury trials does not apply in civil cases against the government, and a separate waiver of sovereign immunity is required for a jury

trial agianst the government.  See, e.g., Lehman v. Nakshian, 453 U.S. 156, 161 (1981).

    Finally, Plaintiff has no response to the numerous arguments raised by Defendants: failure to state a claim under the Administrative Procedure Act, failure to state a claim under Bivens, lack of jurisdiction due to sovereign immunity, absolute immunity, qualified immunity, lack of personal jurisdiction, insufficiency of service.

    For the foregoing reasons, count two of the Plaintiff's amended complaint should be dismissed.

October 11, 2007

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
ALAN BURCH, DC Bar # 470655
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7204

CERTIFICATE OF SERVICE

      I hereby certify that foregoing Defendant's Reply in Support of Motion to Dismiss Count Two of Plaintiff's Amended Compliant was sent by first class mail to *pro se* Plaintiff at:

George E. Kersey
P.O. Box 1073
Framingham, MA 01940

George E. Kersey
P.O. Box 1073
Framingham, MA 01701

on this 11th day of October, 2007.

                                    /s/
                              ALAN BURCH
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7204