**GEORGE E. KERSEY**
**PO BOX 1073**
**FRAMINGHAM, MA  01701**
**(781) 581-5103**

October 8, 2007

<u>Via Priority Mail</u>

**Office of the Clerk**        **Phone:**  202-354-3000
  Office of clk  8
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**RECEIVED**

OCT 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   <u>Kersey v. Commissioner of Patents</u>
        <u>Misc. No. 06-416 (EGS)</u>

Dear Office of the Clerk:

    I have now received and enclosed a corrected Certified Copy of the entire file of

Proceeding D2004-05 which I am to send to the Court on or before October 10, 2007.

    Please advise if anything further is needed.

Respectfully submitted,

By: _____

   **George E. Kersey**

Copy:  **United States Attorney's Office**
       **555 4th Street, NW**
       **Washington, DC 20530**