UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE E. KERSEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. 06-0416 (EGS) |
| v. ) | |
| COMMISSIONER OF PATENTS, ) | |
| U.S. PATENT AND TRADEMARK ) | |
| OFFICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING MOTION BY PLAINTIFF, GEORGE E. KERSEY, TO FILE SURREPLY TO DEFENDANT'S REPLY TO KERSEY'S OPPOSITION TO DEFENDTANT'S MOTION TO DISMISS COUNT TWO OF KERSEY'S AMENDED COMPLAINT**

Upon consideration of Kersey's Motion and Memorandum of Points and Authorities in Support of Motion for Leave to File Surreply, as well as the record herein, it is hereby **ORDERED** that Kersey's Motion for Leave to File Surreply is **GRANTED.**

_____
UNITED STATES DISTRICT JUDGE