**FILED**
SEP 08 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE E. KERSEY** )<br>  )<br>  **Plaintiff,** )<br>  )<br>  v )<br>  )<br>  )<br>  **COMMISSIONER OF PATENTS** )<br>  **AND TRADEMARKS** )<br>  )<br>  **Defendants** )<br>  ) | CA Nos. 1:06-mc-416 and 1:07-mc-302 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, **GEORGE E. KERSEY**, in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from an order denying Plaintiff in Forma Pauperis Status; granting a Motion to Consolidate Cases and dismissing all Defendants who have not been served, despite the fact that the Defendant Commissioner of Patents had made a motion to dismiss the case which was not denied until entered in this action on August 7, 2008

_____
(Signature of appellant)
George E. Kersey
P.O. Box 1073
Framingham. MA 01701
(603) 279-5155

No fee pd.
No IFP

Dated at this 3rd day of September, 2008.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal has been forwarded this 3d day of September 2008, by first class mail, postage pre-paid to the attorney of record for the Defendants.

_____
George E. Kersey